# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**Statesville Division**
**Case No. 5:08-cv-13**

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALTRUISTIC INVESTMENTS, LLC d/b/a | ) |
| STONEBRIDGE POOL & SPA, JENNIFER E. | ) |
| PRINE f/k/a JENNIFER E. MARSLETT, | ) |
| DAVID PRINE, CYNTHIA E. MARSLETT, | ) |
| CHARLES W. MARSLETT and AMY E. | ) |
| NASON f/k/a AMY ELIZABETH PENLAND, | ) |

Defendants.

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u>Textron Financial Corporation</u>      who is <u>Plaintiff</u>
   (Name of Party)                                 (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes            ( X ) No

2. Does party have any parent corporations?

    ( X ) Yes          ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations<u>      Textron Inc.</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( X ) Yes          ( ) No

If yes, identify all such owners:  Textron Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes          ( X ) No


KATTEN MUCHIN ROSENMAN LLP


/s/ Jeffrey C. Grady                                        February 19, 2008
Jeffrey C. Grady                                                  (Date)
N.C. State Bar No. 32695
401 S. Tryon Street, Suite 2600
Charlotte, North Carolina 28202-1935
Telephone: 704-444-2036
Facsimile: 704-444-2060
jeff.grady@kattenlaw.com
*Attorney for Plaintiff*